```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ARTHUR J. FLOT                                    CIVIL ACTION

VERSUS                                            NO. 04-1542

N. BURL CAIN, WARDEN                              SECTION "J"(5)
```

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objection thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Arthur Flot for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day of July, 2007.

                                    _____
                                    UNITED STATES DISTRICT JUDGE